

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00080-CV

**IN THE INTEREST OF A.J.M.** and A.R.P., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00429
Honorable Stephani A. Walsh, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against appellant.

SIGNED May 30, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice